IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Allan K. Marshall | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. |
| FIRST DATA, FISERV SOLUTIONS, LLC, and VASHTI RAMDEEN, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF REMOVAL

Defendants First Data Merchant Services LLC ("First Data")[1], Fiserv Solutions, LLC ("Fiserv"), and Vashti Ramdeen (collectively, "Defendants"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby file this Notice of Remvoal of this action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United District Court for the Eastern District of Pennsylvania, stating in support:

1. Plaintiff Allan K. Marshall ("Plaintiff") commenced a civil action styled *Allan K. Marshall v. First Data, Fiserv Solutions LLC, and Vashti Ramdeen* in the Court of Common Pleas of Philadelphia County, Trial Division in the State of Pennsylvania, by filing a Complaint on October 17, 2025, which is currently pending as Case No. 251002105. Copies of the Complaint including its Exhibits, Notice to Defend, and all other documents filed on the docket are attached as **Exhibit A** (redacted where necessary to protect confidential financial information) and constitute all process, pleadings, and orders served in this matter.

2. According to Plaintiff's Affidavits of Service filed on October 28 and 31, 2025, Ms. Ramdeen was served via certified mail on October 24, 2025, and Fiserv was served via certified

---

[1] Defendant First Data Merchant Services LLC is improperly named in this action as "First Data."

mail on October 27, 2025. (Ex. A at 20-25.) Plaintiff has not filed an Affidavit of Service certifying First Data has been served with process and First Data has no record of such service.

3. As set forth in the Complaint, Plaintiff seeks to recover compensatory and punitive damages based on allegations of fraud, mail fraud, breach of fiduciary duty, and breach of contract. (*Generally* Compl.) Defendants deny all liability to Plaintiff.

4. This Court has original jurisdiction over this action based on diversity jurisdiction and federal question jurisdiction. 28 U.S.C. §§ 1331 and 1332(a).

5. First, this Court has original jurisdiction over this action because this is a civil action between citizens of different states and Plaintiff alleges an amount in controversy that exceeds the sum or value of $75,000.

    a. Complete diversity exists because Plaintiff is of different citizenship than all Defendants.

    b. According to the Complaint, Plaintiff is a citizen of the state of Pennsylvania. (Compl. ¶ 1.)

    c. First Data is a Florida limited liability company and its sole member is First Data Corporation. First Data Corporation is a Delaware corporation with its principal place of business in Wisconsin. Therefore, for the purposes of diversity jurisdiction, First Data is a citizen of Delaware and Wisconsin.

    d. Fiserv is a Wisconsin limited liability company and its sole member is Fiserv, Inc. Fiserv, Inc. is a Wisconsin corporation with its principal place of business in Wisconsin. Therefore, for the purposes of diversity jurisdiction, Fiserv is a citizen of Wisconsin.

107063785.1

    e.  Ms. Ramdeen is an individual domiciled in Florida and therefore is a citizen of Florida.

    f.  Plaintiff alleges an amount in controversy in excess of $75,000, exclusive of interest and costs because he seeks damages in excess of $1,050,000. 28 U.S.C. § 1332(a); § 1446(c)(2) ("the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy"). Specifically, Plaintiff "seeks damages in excess of $50,000 against [Defendants] as Compensatory damages" and "because of the outrageous conduct of all Defendants, [Plaintiff also] demands punitive damages in the sum of $1,000,000 (One Million Dollars) along with the compensatory damages." (Compl. ¶¶ 47-48; *see also id.* ¶ 49); *Werwinski v. Ford Motor Co.*, No. CIV.A. 00-943, 2000 WL 375260, at *4 (E.D. Pa. Apr. 11, 2000), aff'd, 286 F.3d 661 (3d Cir. 2002) (allegation of facts that suggest punitive damages might be available sufficient to meet amount in controversy requirement of 28 U.S.C. § 1332). Accordingly, Plaintiff seeks damages in excess of $75,000.

  6.  Second, this Court also has original jurisdiction over this action because it is based on federal question jurisdiction. The district courts of the United States have original jurisdiction over all civil actions arising under the Constitution, laws, and treaties of the United States. 28 U.S.C. § 1331. A claim arises under federal law when "federal law under which the claim arises is a direct and essential element of the plaintiff[']s case." *In re Cmty. Bank of N. Virginia*, 418 F.3d 277, 293 (3d Cir. 2005). The grounds for federal question jurisdiction must appear on the face of the plaintiff's complaint. *Cohen v. Trs. of Univ. of Pennsylvania*, No. CV 25-4561, 2025 WL 3034974, at *2 (E.D. Pa. Oct. 30, 2025). Here, Plaintiff alleges it is entitled to damages because Defendants violated the federal statute 18 U.S.C. § 1341 penalizing mail fraud and quotes the

statute. (Compl. ¶¶ 7-9, 21.) Accordingly, at least one of Plaintiff's claims is based on federal law and presents a federal question on the face of the Complaint. Therefore, this Court has original jurisdiction.

7. Accordingly, this case is removable pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446.

8. This Notice of Removal is being filed within thirty days after Defendants were served with Notice to Defend and Complaint and is therefore timely.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff, and a copy is being filed with the Court of Common Pleas of Philadelphia County, Pennsylvania.

10. The State Court in which this action was commenced is within this Court's District.

11. Defendants reserve the right to assert all defenses, objections, and counterclaims to the Complaint.

WHEREFORE, Defendants pray that the state court action pending as *Allan K. Marshall v. First Data, Fiserv Solutions LLC, and Vashti Ramdeen*, Case No. 251002105, be removed to this Honorable Court.

Dated: November 13, 2025

Respectfully Submitted,

POLSINELLI PC

By: */s/ Andrew J. Soven*
Andrew J. Soven (PA-76766)
1717 Arch Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 267-3018
Fax: (215) 754-5199
asoven@polsinelli.com
*Attorneys for Defendants First Data Merchant Services LLC, Fiserv Solutions, LLC and Vashti Ramdeen*

107063785.1