**CERTIFICATE OF SERVICE**

    I hereby certify that on November 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users, and I caused a true copy of the foregoing document be sent by electronic mail to the following:

>Allan K. Marshall
>1900 JFK Blvd #1412
>Philadelphia, Pennsylvania 19103
>Akm6940@gmail.com

>*s/ Andrew Soven*
>Andrew Soven

107063785.1