# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

## OCTOBER 2025                    02105

E-Filing Number: 2510041909

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ALLAN K. MARSHALL | FIRST DATA |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1900 JFK BLVD #1412 PHILADELPHIA<br>PHILADELPHIA PA 19103 | P O BOX 407041 MA # MAIL STOP<br>P O BOX 407041 MA #  FL 33340 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | FISERV SOLUTIONS LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 3975 N W 120 AVENUE<br>CORAL SPRINGS FL 33065 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | VASHTI RAMDEEN |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 3975 N W 120 AVENUE<br>CORAL SPRINGS FL FL 33065 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 3 | ☒ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☐ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☒ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

4F - FRAUD

**STATUTORY BASIS FOR CAUSE OF ACTION**

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

**FILED
PRO PROTHY**

OCT 17 2025

**B. BALILONIS**

IS CASE SUBJECT TO
COORDINATION ORDER?
            YES            NO

---

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ALLAN K MARSHALL

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| ALLAN MARSHALL | 1900 JFK BLVD<br>#1412<br>PHILADELPHIA PA 19103 |
| **PHONE NUMBER**  (445)240-7006 | **FAX NUMBER**  none entered | |
| SUPREME COURT IDENTIFICATION NO.  na | E-MAIL ADDRESS  akm6940@Gmail.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY  *ALLAN MARSHALL* | DATE SUBMITTED  Friday, October 17, 2025, 10:43 pm |

FINAL COPY (Approved by the Prothonotary Clerk)




Filed and Attested by the
Office of Judicial Records
17 OCT 2025 10:41 pm
E. BALILONIS

## COMPLAINT
## For Fraud,
## Mail Fraud
## and
## Breach of Contract

1. Allan K. Marshall, the principal shareholder of Attorney for Tenants, LLC 1900 JFK Blvd #1412, Phila PA 19103 is the Plaintiff in this case.

2. Defendant #1, First Data, is the credit card processing company that the Defendants operate to process credit cards payments from consumers and forward the payment to customer/merchants like Mr. Marshall.

3. Defendant #2, Fiserv Solutions, LLC, (Fiserv) is a cohort and co-conspirator for Defendant #1, First Data, operating from a different address but in cahoots with Defendant #1, Fiserv. The companies operate together to rip off , deny payments to customers like Mr. Marshall even though there is no valid objection from the consumer.

4. D#3 Vashti Ramdeen, is the individual styling himself as a "Supervisor–Litigations & Disputes" (specialist ?) working in conspiracy with the first two Defendants to participate in a game of fraud, scam and fleecing to rip of Mr. Marshall.

## FACTUAL BACKGROUND

5. Mr. Marshall retained the credit card precessing company Defendant #1, First Data, process payments for the legal fee the consumers promised to pay for the services of a lawyer.

6. Defendant #1, First Data, promised to collect the credit card fee( average amount $650 and after deducing its commission (About Four Percent) promised to pay over the reaming balance of abut $624 to Mr. Marshall's LLC,

7. Defendant #1, First Data, operates its Multi Million Dollar Business from a P. O. Box rented from the U. S. Postal Service is to use the U. S. Mail to perpetuate a fraud. See Exhibit 101.

**1**

8.     Defendant #1, First Data, uses First Class Mail of the U. S. Postal Service to cheat customers like Mr. Marshall.

9.     Defendant #1, First Data, used First Class Mail of the U S Postal Service at least twice to cheat Mr. Marshall and perpetuate a fraud.

10.     Mr. Marshall never met an employee of Defendant #1, First Data, because as a part of the fraud scheme Defendant #1 it probably operates through an outsourced agent operating as an independent contractor to avoid IRS taxes and engage in Tax Fraud along with Mail Fraud.

11.     On 12/6/24 , 2025, defendant#1 sent a letter to Mr. Marshall admitting that Defendant #1, First Data, is holding a sum of $1,900.00 and will hold for additional time days to resolve any possible future complaints from the consumers. See Exhibit 101.

12.     By promising to hold Mr. Marshall's money for additional time, the Defendant assumed a fiduciary duty to pay $1,900.00 to Mr. Marshall.

13.     This sum of $1,900.00 was due for delivery to Mr. Marshall on or before an estimated date of February 1, 2025.

14.     Defendant #1, First Data, never turned over that money to Mr. Marshall.

15.     On or about May 30, 2025, Mr. Marshall composed a later, typed the letter and made corrections to the letter after spending at least one hour and mailed the letter to Defendant #1, First Data, to demand the payment of $1,900. See Exhibit 102.

16.     Defendant #1, First Data, ignored the letter, never replied and failed to pay Mr. Marshall, thus causing anxiety and aggravation to Mr. Marshall .

17.     On or about June 30, 2025, Mr. Marshall composed a second letter, typed the letter, corrected the letter and after spending at least one more hour, mailed the letter to Defendant #1, First Data to demand payment o9f $1,900.00.

18.     Defendant #1, First Data, once again, ignored the second letter, failed to pay

**2**

$1,900.00 to Mr. Marshall , thus causing additional aggravation to Mr. Marshall,

19. On June 30 21, 2025 Mr. Marshall composed a later, typed the letter and made corrections to the letter over at least one hour and mailed the letter to Defendant #1. See Exhibit 103.

20. Defendant #1, First Data, ignored the letter, failed to pay $1,900.00 thus causing more aggravation to Mr. Marshall. See Exhibit 103.

**COUNT 1**
**Fraud,**
**Fraud, Scam and Fleecing of Customers**
**Defendant #1, First Data**
**Defendant #2, Fiserv**
**Defendant #3 Vashti Ramdeen**
**Engaged in Mail Fraud**

21. Mr. Marshall hereby re-alleges all of the above allegations as if fully set forth herein.

> 18 U.S.C. Section 1341— Mail Fraud
> *There are two elements in mail fraud:*
> *(1) having devised or intending to devise a scheme to defraud (or to perform specified fraudulent acts), and*
> *(2) use of the mail for the purpose of executing, or attempting to execute, the scheme (or specified fraudulent acts)." Schmuck v. United States, 489 U.S. 705, 721 n. 10 (1989); see also Pereira v. United States, 347 U.S. 1, 8 (1954) ("The elements of the offense of mail fraud under . . . § 1341 are (1) a scheme to defraud, and (2) the mailing of a letter, etc., for the purpose of executing the scheme."); Laura A. Eilers & Harvey B. Silikovitz, Mail and Wire Fraud, 31 Am. Crim. L. Rev. 703, 704 (1994).*

22. Motivated by greed for additional profits, the Defendant #1 and Defendant #2 First Data, Fiserv#2 and their employees deliberately or negligently failed make payments in a timely manner and then blamed Mr. Marshall.

3

23.    Defendant #1, Defendant #2 and Defendant #3 deliberately and knowingly failed to pay the money that was owed to Mr. Marshall.

24.    Mr. Marshall relied on the implied representations of the Defendants that they would act in an honorable manner.

25.    Upon information and belief, it appears that the Defendants have a deliberate policy to  deny, delay and  frustrate customers like Mr. Marshall.

26.    Upon information and belief, Plaintiff states that the Defendants trained their employees to lie, cheat and rip off small businesses like Mr. Marshall. And keep the money i.e. steal the money.

### Count 1 ... Continued
### Fraud
### Violation of Fiduciary Duty
#### *First Example of Fraud*

27.    Mr. Marshall hereby re-alleges all of the above allegations as if fully set forth herein.

28.    For the foregoing reasons and lapses callousness and particularly the failure to pay Mr. Marshall, plaintiff alleges that the Defendant #1, First Data,  and Defendant#2  violated their Fiduciary duty to Mr. Marshall.

### Count 1 ... Continued
### No Phone Number
#### *Second Example of Fraud*
### Conducting A Multi Million Dollar Business
### Without a  Phone Number
### Defendant #1, First Data - No Name, No Phone P O Box Operation
### Defendant #2, Fiserv  - No Phone
### and Defendant #3  Vashti Ramdeen No Phone

29.    The Defendants operate a Multi Million Dollar business without a phone. To hide the fraud, defendants have no listed phone number on the stationery or are hiding phone numbers from their customers on their stationery --  see Exhibit 101, 107 and 108.

4

**<u>Count 1 ... Continued</u>**
**<u>No Named Employee</u>**
***<u>Third Example of Fraud</u>***
**<u>Cowardly Boss, Cowardly Employees</u>**
**<u>Conducting a Multi Million Dollar Business</u>**
**<u>Without a named Employee</u>**
**<u>Defendant #1, First Data</u>**

30.     Defendant# 1 and  Defendant# 3 operate a Multi Million Dollar business without a named employee Or anonymous employees to hide their fraud of the companies and their participation in fraud.

31.     On 12/6/24, Defendant# 1 who operates a Multi Million Dollar business without a named employee sent a letter to Mr. Marshall --  see Exhibit 101

32.     On 12/6/24, Defendant# 1 who operates a Multi Million Dollar business without a named employee to Mr. Marshall without the name of an employee and without the signature of an employee.

**<u>Count 1 ... Continued</u>**
**<u>More Fraud How to Steal $1,000.00</u>**
***<u>Fourth Example of Fraud</u>***
**<u>Cowardly Boss, Cowardly Employees</u>**
**<u>Conducting a Multi Million Dollar Business</u>**
**Defendant #1, First Data - No Name, No Phone P O Box Operation**
**Defendant #2, Fiserv  - No Phone**
**and Defendant #3  Vashti Ramdeen No Phone**
**No Explanations of $1,000.00 theft**
**Fraudulent Charge backs**
**No names for the beneficiary of Charge backs**

33.     In its letter, of 9/5/25 to Mr. Marshall, **Defendant #3   Vashti Ramdeen abusing the letter head of Defendant #2, Fiserv claimed,  "there were two charge backs."** --  see Exhibit 107.

5

Case ID: 251002105

34.    In its letter, of 9/5/25, **Defendant #3  Vashti Ramdeen abusing the letter head of Defendant #2, Fiserv claimed,  "there were two charge backs."** -- There were no dates of charge backs  see Exhibit 107.

35.    In the same letter, **Defendant #3  Vashti Ramdeen abusing the letter head of Defendant #2, Fiserv claimed "there were two charge backs."**  The defendants failed to provide the names of the beneficiary of Charge backs, the reason for charge backs. They also  failed to provide the details of the  charge backs --  see Exhibit 107.

36.    In the same Letter, **Defendant #3  Vashti Ramdeen abusing the letter head of Defendant #2, Fiserv claimed "there were two  charge backs."**  The defendants  failed to provide the names of the beneficiary of charge backs. The charge backs are illegal because the defendants never gave an opportunity to Mr. Marshall to respond to the charge backs and failed to provide the details of the Charge backs --  see Exhibit 107.

37.    In its letter, Exhibit 107 **Defendant #3  Vashti Ramdeen abusing the letter head of Defendant #2, Fiserv claimed "there were two  charge backs."**  The defendants failed to provide the names, addresses and the dates on which consumers complained about the charge backs occurred. The charge backs are illegal because they were beyond the deadlines for Charge backs (Unusually 30 days ) after the account of the consumer was charged.

38.    In its letter, Exhibit 107 **Defendant #3  Vashti Ramdeen abusing the letter head of Defendant #2, Fiserv claimed "there were two  charge backs."**  The defendants failed to provide any proof of payment e. g. a cancelled check with the names, addresses and the dates on which consumers who received money for the charge backs.

39.    In its letter, Exhibit 107 **Defendant #3  Vashti Ramdeen abusing the letter head of Defendant #2, Fiserv claimed "there were two  charge backs."**  The defendants  failed  to  provide  any  documents  they  received  from  the complaining party, or a consumer who received money for the charge backs.

6

**Count 1 ... Continued**
**More Fraud And Cover Up**
***Fifth Example of Fraud***
**Cowardly Boss, Cowardly Employees**
**Conducting a Multi Million Dollar Business**
**With Larceny in their Heart**
**Defendant #1, First Data, And Defendant #2**

40.  In its letter, Exhibit 107 **Defendant #3  Vashti Ramdeen abusing the letter head of Defendant #2, Fiserv claimed "there were two  charge backs."** The defendants failed to provide any proof of payment e. g. a cancelled check with the names, addresses and the dates on which consumers who received money for the charge backs.

41.  In its letter, Exhibit 107 **Defendant #3  Vashti Ramdeen abusing the letter head of Defendant #2, Fiserv claimed "there were two  charge backs."** The defendants failed to provide any documents they received from the complaining party, or a consumer who received money for the charge backs.

**Count 2**
**Breach of Contract,**
**Failure to Pay in a Timely Manner**
**Balance Due Now: $1,000**

42.  Mr. Marshall hereby re-alleges all of the above allegations as if fully set forth herein.

43.  Over the months,  the Defendants failed pay Mr. Marshall on time and offered excuses and lies as a substitute for payments that were due.

44.  Even now, the two Defendants,  #1, First Data, and Defendant #3 owe Mr. Marshall 1,000.00.

45.  Even now, all of the above Defendants, violated the covenant of Good Faith and fair dealing inherent in all contracts.

46.  WHEREFORE, Mr. Marshall seeks damages of excess of $1,000 against

7

defendants as Compensatory damages for Breach of Contract.

### Prayer for Damages for Fraud
### Punitive Damages: $1,000,000
### One Million Dollars

47.    WHEREFORE, Mr. Marshall seeks damages in excess of $50,000 against defendants as Compensatory damages.

48.    WHEREFORE, because of the outrageous conduct of all the Defendants, Mr. Marshall demands punitive damages in the sum of $1,000,000 (One Million Dollars) along with a compensatory damages.

49.    WHEREFORE, because of the outrageous conduct of all the Defendants, Mr. Marshall demands punitive damages along with a compensatory damages

50.    and such other relief as the court deems just and proper.

Respectfully Submitted,

*Allan K. Marshall*

October 17, 2025          Allan K. Marshall, Plaintiff

### VERIFICATION

Allan K. Marshall says that he is the Plaintiff and verifies that the facts set forth in the foregoing Complaint are true and correct to the best of his/her knowledge, information and belief and that this statement is made subject to the penalties of 18 C.S. Sec. 4904 relating to unsworn falsification to authorities.

Respectfully Submitted,

*Allan K. Marshall*

October 17, 2025          Allan K. Marshall, Plaintiff

8

Case ID: 251002105

### List of Exhibits

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

101-  Letter From First Data, Defendant#1, Dated,12/6/ 24 – Promise to pay $1,900.

102-  Mr. Marshall's Letter to First Data, Defendant#1, dated 5/30/25 – Demand to pay $1,900.00.

103   Mr. Marshall's Letter to First Data, Defendant#1 dated 6/30/25 – Demand to pay $1,900.00.

104   Mr. Marshall's Letter to FBI seeking intervention to investigate Mail Fraud by Defendant#1, dated 6/30/25 – Demand to pay $1,900.00.

105   Mr. Marshall's Letter to the U S Post Office seeking intervention to investigate Mail Fraud by Defendant#1 dated 6/30/25 – Demand to pay $1,900.00.

106   Mr. Marshall's Letter to First Data, Defendant#1 dated 8/11/25 – With Copies of Letter to US Post Office and the Fort Lauderdale Police Department.

107   Letter from, Fiserv#Defendant #2  dated 9/5/25, to Mr. Marshall to perpetuate more fraud by failing to deliver $1,000. And cover up of fraud.

107   Letter from, **Vashti Ramdeen** Defendant #3 dated 9/5/25, to Mr. Marshall to perpetuate more fraud by failing to deliver $1,000. And cover up of fraud.

108   Check from Fiserv dated 9/5/25, to Mr. Marshall to perpetuate more fraud of $1,000.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Case ID: 251002105

# First Data.

P.O. BOX 407041 MAIL STOP A-30
FORT LAUDERDALE FL 33340-7041
12/06/2024



*Filed and Attested by the
Office of Judicial Records
17 OCT 2025 10:41 pm
E. BALILONIS*

61
UPGR

ATTORNEY FOR TENANTS LLC
1900 JFK BLVD 1412
PHILADELPHIA PA 19103

RE: NOTICE OF TERMINATION AND RESERVE Merchant #█████386

Dear ALLAN MARSHALL,

ATTORNEY FOR TENANTS LLC ("you") has an agreement with First Data Merchant Services ("we") pursuant to which we provide you card processing and related services (the "Merchant Agreement"). We regret to inform you that we are discontinuing our business relationship with you under the Merchant Agreement.

Effective 12/06/2024 ("Termination Date"), the Merchant Agreement will be terminated, and your merchant account will be closed.

After the Termination Date, we will no longer accept or process credit, debit or prepaid card transactions that you may submit to us for the above referenced merchant account. We understand that the account termination will impact your business and your ability to card payments. Please act soon and make alternative arrangements for accepting card payments prior to the Termination Date.

Please be advised that consistent with the terms of the Merchant Agreement, we have established a Reserve Account in the amount of $1,900.00. We built the Reserve Account using one of the methods permitted under the Merchant Agreement. Additionally, any batches processed going forward will also be held in the Reserve Account. We reserve the right, at any time, to collect any amounts due to us under the Merchant Agreement by debiting the Reserve Account. Any remaining funds in the Reserve Account will be returned to you after the expiration of all chargeback periods and after we have determined that there will be no further exposure or liability to us arising from the transactions that you have submitted through us. You will not be paid interest on the funds held in the Reserve Account unless specifically required by law.

Nothing contained herein shall be deemed a waiver of any rights we may have under the Merchant Agreement or otherwise, and we expressly reserve all such rights.
Please do not hesitate to call the client services number listed in your processing statement if you have any questions concerning this matter.

It was a pleasure to provide you with merchant processing services

Sincerely,

Plaintiff's Exhibit
101

Case ID: 251002105

*Attorneys For Tenants*
## *Tenant's Rights Network*
1900 JFK Blvd #1412
Philadelphia, PA   19103
Phone: (267) 648-0452

**First Data**                                      **Date: May 30, 2025**
**P O Box 407041, Mail Stop A-30**
**Ft Lauderdale, FL 33340-7041**

## Re: Please Refund My $1,900

Gentleman:

According to the enclosed letter dated, 12/6/24 (Typed by a cowardly nameless employee or a dishonest employee) your company promised to pay at least $1,900 to me. More than 5 months later, I still have not received my Money.

Please send it me by return mail and add $250 as late fee. Send it by FEDEX.

_____

**Your co-operation.**  Your cooperation is required. NO EXCUSES.

Unhappily Yours.
*Allan K Marshall*

President of Attorney for Tenants
Tenant's Rights Network, LLC
— A Referral Service

## Do you have an employee
## who is willing to stand behind
## the company or
## all of your employees are nameless cowards.

Plaintiff's Exhibit
102

Attorneys For Tenants
Tenant's Rights Network
1900 JFK Blvd #1412
Philadelphia, PA  19103
Phone: (267) 648-0452

*Date: June 30, 2025*

*First Data*
*P O Box 407041, Mail Stop A-30*
*Ft Lauderdale, FL 33340-7041*

### Re: My Complaint to the FBI
### To Investigate First Data for Mail Fraud
### Merchant Number: ████████ 6888

Gentlemen:

You shall be glad to know that I have filed a complaint against your company with the FBI for Investigation of Interstate Mail Fraud. You have failed to pay me. According to the enclosed letter dated, 12/6/24 (Typed by a cowardly, nameless employee or a dishonest employee) your company promised to pay at least $1,900 to me. More than 5 months later, I still have not received my money.

Please send it me by return mail and add $2,450 as late fee. Send it by FEDEX. **Your co-operation.**  Your cooperation is required.
NO EXCUSES. No Lies.

Unhappily Yours.

*Allan K Marshall*

President of Attorney for Tenants
Tenant's Rights Network, LLC
– A Referral Service

Do you have any employee
who is willing to stand behind
the company or
all of your employees are nameless cowards.

Plaintiff's Exhibit
103

Attorneys For Tenants
Tenant's Rights Network
1900 JFK Blvd #1412
Philadelphia, PA   19103
Phone: (267) 648-0452

Date: June 30, 2025

*The Honorable Kash Patel*
*Director, FBI*
*935 Pennsylvania Avenue, NW*
*Washington, D.C. 20535-0001*

## Re: Please Investigate First Data for Mail Fraud

Dear Sir:

This is Allan K. Marshall, I am the President of Tenant's Rights Network. First Data, the Defendant is a credit card processing company in Florida. The have failed to pay me. According to the enclosed letter dated, 12/6/24 (Typed by a cowardly, nameless employee or a dishonest employee) the company promised to pay at least $1,900 to me. More than 5 months later, I still have not received my money.

Please investigate this company for mail fraud and tax fraud. They couyld be cheating other customers also In any legal preceding, I shall be a witness against this company. **My** cooperation is required.

Graciously Yours.

*Allan K Marshall*

President of Attorney for Tenants
Tenant's Rights Network, LLC
– A Referral Service

Plaintiff's Exhibit
104

Attorneys For Tenants
Tenant's Rights Network
1900 JFK Blvd #1412
Philadelphia, PA  19103
Phone: (267) 648-0452

*Date: August 11, 2025*

*U S Post Office*
**Mail Fraud Department**
*Ft Lauderdale, FL 33340-7041*

## Re: Please Investigate First Data Company for Mail Fraud

Dear Sir:

This is Allan K. Marshall, I am the President of Tenant's Rights Network. First Data, the Defendant is a credit card processing company in Florida. The have failed to pay me. According to the enclosed letter dated, 12/6/24 (Typed by a cowardly, nameless employee or a dishonest employee) the company promised to pay at least $1,900 to me. More than 5 months later, I still have not received my money. The Company is using the facilities of the US Post Office, P O Box and the First Class Mail for Fraud.

Please investigate this company for mail fraud and tax fraud. They could be cheating other customers also. In any legal proceeding, I shall be a witness against this company. **My** cooperation is required.

Graciously Yours.
*Allan K Marshall*
President of Attorney for Tenants
Tenant's Rights Network, LLC
– A Referral Service

Encl

Plaintiff's Exhibit
105

### *Attorneys For Tenants*
### *Tenant's Rights Network*
1900 JFK Blvd #1412
Philadelphia, PA   19103
Phone: (267) 648-0452

**Date: August 11, 2025**

**First Data**
**P O Box 407041, Mail Stop A-30**
**Ft Lauderdale, FL 33340-7041**


Gentleman:

Since your company is still perpetuating a Fraud,  I am sending you the following two Complaint Letters that I sent to the following:

#1

*Fort Lauderdale Police Dept*
*1515 West Cypress Creek Rd.*
*Fort Lauderdale, FL 33309*

#2

*U S Post Office*
*Mail Fraud Department*
*Ft Lauderdale, FL 33340-7041*

Please send it me by return mail and add $250 as late fee. Send it by FEDEX.

---

**Your co-operation.**  Your cooperation is required. NO EXCUSES.

Unhappily Yours.

*Allan K Marshall*

President of Attorney for Tenants
Tenant's Rights Network, LLC
– A Referral Service
Do you have an employee
who is willing to stand behind
the company or
all of your employees are nameless cowards.

Plaintiff's Exhibit
106

Case ID: 251002105

**fiserv.**

September 5, 2025                                          Via Overnight Mail

Allan T. Marshall
ATTORNEY FOR TENANTS
1900 JFK Blvd #1412
Philadelphia, PA 19103

       **Re:   Merchant Account Number** ███████ **886**

Dear Mr. Marshall:

Please find enclosed Fiserv's Check Number 3000426564 for $900.00 representing return of the remaining funds in the Reserve Account. As you are aware, upon termination of the merchant processing account on December 6, 2024 Fiserv' Risk department established a Reserve Account in the amount of $1900.00 to fund any potential chargebacks or other debits to the account. Notably, there were two chargebacks and associated fees which reduced the balance to $900.00.

Based on the above, we shall proceed to close our files in this matter.

Sincerely,

Vashti Ramdeen
Supervisor – Litigation & Disputes
3975 NW 120th Avenue
Coral Springs, FL 33065
Vashti.ramdeen@fiserv.com

Encl:   Check Number: 3000426564

Plaintiff's Exhibit
107

3975 NW 120 Avenue, Coral Springs, FL 33065

Case ID: 251002105

# fiserv.

Fiserv Solutions LLC
FISERV INC. ACCOUNTS PAYABLE
2900 WESTSIDE PKWY
ALPHARETTA GA 30004

>00003 6375098 001 092152
ATTORNEY FOR TENANTS LLC
1900 JFK BLVD APT 1412
PHILADELPHIA PA  19103-1487

| Check Summary | |
|---|---|
| Company Code: | 1220 |
| Document: | 2000863806 |
| Check Number: | 3000426564 |
| Check Date: | 09/02/2025 |
| Check Total: | $900.00 |

| Payment is made on behalf of: Fiserv Solutions, Inc., 877-FISV-FIN (877-347-8346) | | | | |
|---|---|---|---|---|
| Your account with us: 1RESVPAY  ATTORNEY FOR TENANTS LLC | | | | |
| **Invoice Number** | **Invoice Date** | **Gross Amount** | **Deductions** | **Net Amount** |
| 2025526034346886 | 09/01/2025 | 900.00 | 0.00 | 900.00 |
| RETURN OF FUNDS HELD | | | | |
| **Sum Total** | | 900.00 | 0.00 | 900.00 |

Direct all payment inquiries to supplierhelpdesk@fiserv.com.

Plaintiff's Exhibit
108

IR6 (10/24)

# fiserv.

Fiserv Solutions LLC
FISERV INC. ACCOUNTS PAYABLE
2900 WESTSIDE PKWY
ALPHARETTA GA 30004

U.S. Bank, Wausau WI

No. 3000426564

DATE
09/02/2025

AMOUNT OF CHECK
$*******900.00

VOID AFTER 90 DAYS

PAY EXACTLY *** Nine Hundred Dollars ***

PAY
TO THE
ORDER
OF

ATTORNEY FOR TENANTS LLC
1900 JFK BLVD APT 1412
PHILADELPHIA PA  19103-1487

108

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE), MICRO PRINT BORDER.

⑈823801881160

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA**

*Filed and Attested by the
OFFICE OF JUDICIAL RECORDS
17 SEP 2025 03:15 pm
G. BALILONTE*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Allan K. Marshall
DBA Attorney for Tenants

V.

Defendant #1, First Data
Defendant #2, Fiserv Solutions LLC
Defendant #3 Vashti Ramdeen

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## This Is a Lawsuit Agaisnt You for
## Your Fraud

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOTICE TO DEFEND**

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

Philadelphia Bar Association
Lawyer Referral
and Information Service
1101 Market St., 11th Floor
Philadelphia, Pennsylvania 19107
(215) 238-6333

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
1101 Market St., 11th Piso
Filadelfia, Pennsylvania 19107
(215) 238-6333

10-284

Allan K. Marshall
1900 JFK Blvd # 1412
Philadelphia PA 19103
Phone: (267) 648 0452



Plaintiff PRO SE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Allan K. Marshall
DBA Attorney for Tenants              Case #  2510 02105

V.

Defendant #1, First Data
P O Box 407041 MA # Mail Stop A 30
Ft Lauderdale, FL 33340

Defendant #2, Fiserv Solutions LLC
3975 N W 120 Avenue,
Coral Springs, FL 33065

Defendant #3 Vashti Ramdeen
3975 N W 120 Avenue,
Coral Springs, FL 33065

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Affidavit of Service of the Complaint
### by Certified Mail on Vashti Ramdeen Defendant #3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, certify the following:

1.     My name is Allan K. Marshall.

2.     Defendant #3, Vashti Ramdeen,
        was served by Certified Mail on 10/24/28.

3.     See a Copy of the Delivery by U S Post Office
        Date of Service 10/24/2025.

### *Allan K. Marshall*
        Allan K. Marshall

10/28/2025.

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

3 Vashti Ramdeen
975 N W 120 Avenue,
Coral Springs, FL 33065

9590 9402 9594 5121 1653 67

2. Article Number (Transfer from service label)

9589 0710 5270 2574 5676 96

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

*Filed and Attested by the
Office of Judicial Records
on ... 2025 02:40 pm
J. BALILONIS*

Case ID: 251002105

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 9594 5121 1653 67

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

*Allan K. Marshall*
*Attorneys For Tenants*
900 JFK Blvd #1412
Philadelphia, PA   19103

3103-148762

Allan K. Marshall
1900 JFK Blvd # 1412
Philadelphia PA 19103
Phone: (267) 648 0452

Plaintiff and Pro Se

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Allan K. Marshall
DBA Attorney for Tenants                Case #  2510 02105


V.


Defendant #1, First Data
P O Box 407041 MA # Mail Stop A 30
Ft Lauderdale, FL 33340


Defendant #2, Fiserv Solutions LLC
3975 N W 120 Avenue,
Coral Springs, FL 33065


Defendant #3 Vashti Ramdeen
3975 N W 120 Avenue,
Coral Springs, FL 33065

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Affidavit of Service of the Complaint
### by Certified Mail on Fiserv, Defendant #2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, certify the following:


1.    My name is Allan K. Marshall.


2.    Defendant #2, Fiserv
       was served by Certified Mail on 10/27/28.

3.    See a Copy of the Delivery by U S Post Office
       Date of Service 10/27/2025.

### *Allan K. Marshall*
       Allan K. Marshall

10/31/2025.



**USPS TRACKING #**

MIAMI FL 330

31 OCT 2025PM 6 L

9590 9402 9594 5121 1653 50

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

*Allan K. Marshall*
*Attorneys For Tenants*
900 JFK Blvd #1412
Philadelphia, PA   19103

*Filed and Attested by the*
*Office of Judicial Records*
*31 OCT 2025 06:41 pm*
*U. ROBERTSON*

19103-148762

Case ID: 251002105

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |

1. ...2, Fiserv Solutions LLC
975 N W 120 Avenue,
Coral Springs, FL 33065

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

|||||||||||||| 9590 9402 9594 5121 1653 50

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
☐ ...Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
9589 0710 5270 2574 5676 72

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Case ID: 251002105