**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| ALLAN K. MARSHALL, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | CIVIL ACTION NO. 2:25-cv-06427-MKC |
| FIRST DATA, FISERV SOLUTIONS, LLC, and VASHTI RAMDEEN, | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS FIRST DATA SERVICES LLC'S,
FISERV SOLUTIONS, LLC'S, AND VASHTI RAMDEEN'S
RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO
REFER THIS MATTER TO A UNITED STATES MAGISTRATE JUDGE FOR
PURPOSE OF CONDUCTING A SETTLEMENT CONFERENCE**

Defendants First Data Merchant Services LLC ("First Data")[1], Fiserv Solutions, LLC ("Fiserv"), and Vashti Ramdeen (collectively, "Defendants"), pursuant to Local Rule 7.1(c), file this Response in Opposition to Plaintiff's Motion to Refer this Matter to a United States Magistrate Judge for Purpose of Conducting a Settlement Conference (the "Motion for Settlement Conference") because the Motion is premature.[2]

Plaintiff initiated this suit to recover funds allegedly held under the terms of non-party Attorney for Tenants, LLC's agreement with First Data (the "Agreement"). (ECF No. 8-2.) On November 20, 2025, Defendants filed a Motion to Dismiss Plaintiff's Complaint in its entirety. (ECF No. 8.) Specifically, the Court should dismiss Plaintiff's Complaint because Plaintiff is not a party to the Agreement and, even if it was, Plaintiff cannot state a breach-of-contract claim because (among other things) the Agreement expressly permits the conduct Plaintiff complains of,

---

[1]    Defendant First Data Merchant Services LLC is improperly named in this action as "First Data."

[2]    Plaintiff did not contact Defendants' counsel prior to filing the Motion.

1

Plaintiff failed to provide the requisite notice under the Agreement, and Plaintiff breached the Agreement by submitting transactions for "Legal Services" when Plaintiff was apparently suspended from the practice of law. (*Id.*) Defendants' Motion to Dismiss remains pending. Accordingly, the Court should deny Plaintiff's Motion for Settlement Conference for two reasons.

*First*, Defendants' Motion to Dismiss is meritorious. As a result, Defendants do not currently have any desire to settle. A settlement conference will therefore waste not only the parties' – but the Court's – time and resources. *See, e.g., Acosta v. E. Penn Mfg. Co., Inc.*, No. CV 14-1859, 2015 WL 5729239, at *6 n.14 (E.D. Pa. Sept. 30, 2015) (cancelling settlement conference after one party advised the Court settlement was not a realistic possibility).

*Second*, given the pending Motion to Dismiss, the scope (if any) of this case is unclear. Accordingly, even in the unlikely event the Court denies Defendants' Motion to Dismiss in part, that ruling will nonetheless provide clarity regarding the scope of this matter and any resolution thereof. *See, e.g., QRG, Ltd. v. Nartron Corp.*, No. CIV. 1:06-CV-1777, 2007 WL 2234511, at *2 (M.D. Pa. Aug. 1, 2007) (delaying alternative dispute resolution until after ruling because doing so would "narrow the focus of any alternative dispute resolution methods pursued."). Accordingly, the more efficient way "to promote judicial economy and conserve the resources of the Court and the parties" (Mot. ¶ 4) is to resolve Defendants' pending Motion to Dismiss before directing the parties to engage in alternative dispute resolution. Defendants therefore respectfully request the Court deny Plaintiff's Motion for Settlement Conference with leave to refile after resolution of Defendants' Motion to Dismiss.

Respectfully submitted,

By: */s/ Andrew J. Soven*
Andrew J. Soven (PA 76766)
Polsinelli PC
1717 Arch Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 267-3018
asoven@polsinelli.com

*Attorneys for Defendants First Data*
*Merchant Services LLC, Fiserv Solutions,*
*LLC, and Vashti Ramdeen*

DATED: March 25, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2026, I electronically filed the foregoing document and have confirmed that Plaintiff will receive a copy through the CM/ECF system.


*/s/ Andrew Soven*
Andrew Soven

4