**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALLAN K. MARSHALL,**<br>***Plaintiff,***<br><br>**v.**<br><br>**FIRST DATA, FISERV SOLUTIONS, LLC, and VASHTI RAMDEEN,**<br>***Defendants.*** | **Civil No. 25-6427** |

**ORDER**

**AND NOW**, this 16th day of September, 2026, upon consideration of Defendants First Data, Fiserv Solutions, LLC, and Vashti Ramdeen's Motion to Dismiss (ECF No. 8) and the response and reply thereto, it is hereby **ORDERED** that Defendants' motion is **GRANTED** for the reasons stated in the accompanying memorandum. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**BY THE COURT:**

MARY KAY COSTELLO, J.